**LEVITT & SLAFKES, P.C.**
**515 Valley Street – Suite 140**
**Maplewood, New Jersey 07040**
**Ph: (973) 313-1200**
**Email: blevitt@lsbankruptcylaw.com**
**ATTORNEYS FOR DEBTOR**
**BY: Bruce H. Levitt, Esq. (BL9302)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | : |
| | : **CHAPTER 13** |
| | : |
| **SUNITA RAJHPAUL,** | : **Case No.: 16-23045** |
| | : |
| | : **OPPOSITION TO CERTIFICATION** |
| | : **OF DEFAULT** |
| Debtor. | : |
| _____ | : |

Sunita Rajhpaul, by and through counsel, Levitt & Slafkes, P.C., says as follows:

1. The Trustee has filed a Certification of Default due the Debtor's failure to obtain a mortgage modification by May 31, 2017.

2. The Debtor received a trial modification and has completed all of the trial payments. An application for approval of the modification will be prepared and filed as soon as the final modification agreement is issued.

LEVITT & SLAFKES, P.C.
Attorneys for Debtor


By: /s/Bruce H. Levitt
Bruce H. Levitt

Dated: August 8, 2017