| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br>     SUNITA RAJHPAUL |

Order Filed on October 18, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-23045 JKS

Hearing Date:  10/12/2017

# ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 18, 2017**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SUNITA RAJHPAUL

Case No.: 16-23045

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/12/2017 on notice to BRUCE LEVITT, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to approve Loan Modification by 10/19/17 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect a Motion to approve Loan Modification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.