**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   SUNITA RAJHPAUL

**Order Filed on October 18, 2017**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  16-23045 JKS

Hearing Date:  10/12/2017

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 18, 2017

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): SUNITA RAJHPAUL

Case No.: 16-23045

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 10/12/2017 on notice to BRUCE LEVITT, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a Motion to approve Loan Modification by 10/19/17 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect a Motion to approve Loan Modification has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:  
Sunita Rajhpaul  
    Debtor

Case No. 16-23045-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Oct 18, 2017  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db         +Sunita Rajhpaul,    246 South Street,    Jersey City, NJ 07307-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:  
         Bruce H Levitt    on behalf of Debtor Sunita  Rajhpaul blevitt@levittslafkes.com,  
          sslafkes@levittslafkes.com;lspcattorneys@gmail.com  
         Justin  Plean    on behalf of Creditor   Ocwen Loan Servicing, LLC jplean@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Patrick O. Lacsina    on behalf of Creditor   Ocwen Loan Servicing, LLC bmusarra@rasnj.com,  
          bkyecf@rasflaw.com,legerman@rasnj.com  
                                                                                               TOTAL: 4