Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 16−23045−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sunita Rajhpaul
   246 South Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−2892

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/23/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 1, 2017
JAN: zlh

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Sunita Rajhpaul
    Debtor

Case No. 16-23045-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 01, 2017
                       Form ID: 148    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
```
db         +Sunita Rajhpaul,    246 South Street,    Jersey City, NJ 07307-3508
cr         +Robertson, Anschutz & Schneid P.I.,    Ocwen Loan Servicing LLC,    Bankruptcy Department,
             6409 Congress Ave., Ste 100,    Boca Raton, FL 33487-2853
516275709  +Hudson County,    Office of the Sheriff,    595 Newark Avenue,    Jersey City, NJ 07306-2394
516275710  +Ocwen Loan Servicing,    P.O. Box 24738,    West Palm Beach, FL 33416-4738
516556156  +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516275711  +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2017 22:42:34     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2017 22:42:29     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Nov 01 2017 22:28:00     Synchrony Bank,    c/o Recovery Mmgt. Sys.,
             25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516512110   +Fax: 407-737-5634 Nov 01 2017 23:23:20     Ocwen Loan Servicing, LLC,
             Attn: Cashiering Department,    1661 Worthington Road, Suite 100,
             West Palm Beach, FL 33409-6493
516379686    EDI: RMSC.COM Nov 01 2017 22:28:00     Synchrony Bank,
             c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L,    6409 Congress ave.,
             Suite 100,    Boca raton, FL 33487-2853
cr*         +Ocwen Loan Servicing, LLC,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:
```
              Bruce H Levitt     on behalf of Debtor Sunita  Rajhpaul blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Justin  Plean     on behalf of Creditor   Ocwen Loan Servicing, LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina     on behalf of Creditor    Ocwen Loan Servicing, LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                              TOTAL: 4
```