| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on October 23, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    SUNITA RAJHPAUL | Case No.:   16-23045 JKS<br><br>Chapter:    13 |

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 23, 2017

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.: 16-23045

Caption of Order:   Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 10/18/2017 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated.  All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-23045-JKS
Sunita Rajhpaul                                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Nov 01, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2017.
db             +Sunita Rajhpaul,    246 South Street,    Jersey City, NJ 07307-3508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2017 at the address(es) listed below:
      Bruce H Levitt    on behalf of Debtor Sunita  Rajhpaul blevitt@levittslafkes.com,
       sslafkes@levittslafkes.com;lspcattorneys@gmail.com
      Justin  Plean    on behalf of Creditor   Ocwen Loan Servicing, LLC jplean@rasflaw.com,
       bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Patrick O. Lacsina    on behalf of Creditor   Ocwen Loan Servicing, LLC bmusarra@rasnj.com,
       bkyecf@rasflaw.com,legerman@rasnj.com
                                                                                                                                TOTAL: 4